

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00106-CR

DESMOND DESHAWN CHEEKS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 181st District Court
Potter County, Texas
Trial Court No. 75,756-B-CR, Honorable Dan L. Schaap, Presiding

June 3, 2019

## MEMORANDUM OPINION

Before CAMPBELL and PIRTLE and PARKER, JJ.

Pursuant to a plea bargain agreement, appellant, Desmond Deshawn Cheeks, was convicted of making a terroristic threat against a peace officer or judge,[1] enhanced, and sentenced to twenty years' confinement. The trial court's certification of appellant's right of appeal reflects that appellant's case is a plea-bargain case with no right of appeal and that appellant waived the right of appeal. *See* TEX. R. APP. P. 25.2(a)(2), (d).

---

[1] TEX. PENAL CODE ANN. § 22.07(c-1) (West 2019).

Notwithstanding the certification, appellant filed a notice of appeal, pro se, challenging his conviction.

We are required by appellate rule 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." TEX. R. APP. P. 25.2(d). By letter dated March 28, 2019, we notified appellant of the consequences of the certification and invited him to file an amended certification providing a right of appeal or to demonstrate other grounds for continuing the appeal by April 11, 2019. To date, appellant has not filed an amended certification reflecting a right of appeal or a response to our letter.

Accordingly, we dismiss the appeal. TEX. R. APP. P. 25.2(d).

Judy C. Parker
Justice

Do not publish.